AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Southern District of Mississippi

| | |
|---|---|
| United States of America<br>v.<br><br>Michael Wayne Hanzik, Jr.<br><br>Defendant(s) | )<br>)<br>)  Case No.<br>)<br>)      1:15mj527-RHW<br>)<br>) |

FILED
SOUTHERN DISTRICT OF MISSISSIPPI
MAR 25 2015
BY ARTHUR JOHNSTON
DEPUTY

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __March 24, 2015__ in the county of __Jackson__ in the __Southern__ District of __MS, Southern Division__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21 U.S.C. § 846 | Conspiracy to Possess with Intent to Distribute a Controlled Substance, to wit, more than 50 grams of methamphetamine. |

This criminal complaint is based on these facts:

See attached affidavit.

☑ Continued on the attached sheet.

_____
Complainant's signature

Donald A. Penny, Jr., DEA Special Agent
Printed name and title

Sworn to before me and signed in my presence.

Date: 03/25/2015

_____
Judge's signature

City and state:   Gulfport, MS

Robert H. Walker, U.S. Magistrate Judge
Printed name and title

# AFFIDAVIT

I, Donald A. Penny, Jr., being first duly sworn, state as follows:

## Introduction

I am a Special Agent (SA) with the United States Department of Justice, Drug Enforcement Administration (DEA). I have been a Special Agent of the DEA for over (24) years. I am currently assigned to the Gulfport Resident Office located in Gulfport, MS. During the course of my employment I have participated in numerous investigations of illegal narcotics trafficking and violations of Title 21 United States Code. Many of these investigations involve the sale and distribution of controlled substances, including methamphetamine.

## Probable Cause Factual Basis

Your affiant states that on March 24, 2015, members of the George County Sheriff's Office (GCSO) and Mississippi Bureau of Narcotics (MBN) received information from a Source of Information, hereafter referred to as SOI #1, that a white male subject known as "SWISHA" was a distributor of methamphetamine and was supplying methamphetamine to several people in Jackson County, Mississippi.

SOI #1 stated that "SWISHA" was going to be meeting a subject at the H&H Chevron located on Hwy 63 North in Jackson County, Mississippi, for the purposes of distributing approximately a 1/2 ounce of methamphetamine.

SOI #1 stated that "SWISHA" would be traveling in a black Dodge Charger or Avenger and that "SWISHA" kept the methamphetamine concealed in tennis balls in the car.

Upon receiving the information Investigating Agents contacted the South Mississippi Metro Enforcement Team (SMMET) for assistance with the investigation.

At approximately 4:01 p.m., Agents conducting surveillance observed a black Dodge Charger traveling north on Hwy 63 toward the H&H Chevron where it arrived at the H&H Chevron and parked near the gas pumps. Upon arriving SMMET agents approached the vehicle and observed what appeared to be a baggie containing a white substance, consistent with narcotics and the driver appearing to try and conceal the substance in his mouth. The driver and single occupant of the vehicle was identified as Michael Wayne HANZIK Jr. Agents took HANZIK Jr., into custody and agents recovered approximately four grams of methamphetamine in a baggie from HANZIK Jr's. mouth. The methamphetamine was field tested and was positive for methamphetamine.

A search of the black Dodge Charger revealed approximately forty-seven grams of methamphetamine concealed inside two tennis balls. Also recovered was approximately

$3,923.00 of United States Currency. This methamphetamine was also field tested and was positive for methamphetamine.

A search of HANZIK Jr's., known residence in Pascagoula, MS, led to the discovery and seizure of additional quantities of methamphetamine and packaging showing that the drugs had been shipped on March 20, 2015, via the United Parcel Service from California to Mississippi. Several weapons were also seized from the residence.

Agents determined that a suspicious FEDEX package seized on March 17, 2015, by Detectives of the Fresno County Sheriff's Office contained one (1) pound of Methamphetamine that was destined for HANZIK Jr. This substance was also field tested and was positive for methamphetamine.

## CONCLUSION

Based upon my experience as a DEA Special Agent and the facts listed above involving Michael Wayne HANZIK Jr., it is my opinion that there is probable cause to believe that violations of Title 21, United States Code, Section 846, have been committed in the Southern District of Mississippi by Michael Wayne HANZIK Jr., who conspired to possess with the intent to distribute, in excess of 50 grams of methamphetamine.

Donald A. Penny, Jr.
Special Agent
Drug Enforcement Administration

Sworn and subscribed to me this 25TH day of MARCH, 2015.

UNITED STATES MAGISTRATE JUDGE